DE WITT WIRE-CLOTH Co., Respondent, *v.* NEW JERSEY WIRE-CLOTH CO., Appellant.

*(Common Pleas of New York City and County, General Term.   May ·8, 1891.)*

No opinion.   Judgment affirmed, with leave to defendant to answer upon payment of costs to date.

---

HOLLINS, Appellant, *v.* DEMOREST, Respondent.

*(Common Pleas of New York City and County, General Term.   May 8, 1891.)*

Action by Evalina K. Hollins against W. J. Demorest.

No opinion.   Judgment affirmed, with costs.

---

SMITH, Appellant, *v.* MANHATTAN RY. CO., Respondent.

*(Common Pleas of New York City and County, General Term.   May 11, 1891.)*

Action by Clarence M. Smith against the Manhattan Railway Company.

No opinion.   Judgment reversed, new trial ordered, costs to abide the event.

---

A. HALL TERRA COTTA Co., Respondent, *v.* DOYLE, Appellant.

*(Common Pleas of New York City and County, General Term.   May 12, 1891.)*

Appeal from judgment on report of referee.

No opinion.   Judgment affirmed, with costs.

---

HASBROUCK, Respondent, *v.* MANHATTAN RY. CO., Appellant.

*(Common Pleas of New York City and County, General Term.   May 13, 1891.)*

Appeal from judgment on report of referee.

No opinion.   Judgment affirmed, with costs.

---

ALEXANDER, Respondent, *v.* NEW YORK, N. H. & H. R. CO., Appellant.

*(Common Pleas of New York City and County, General Term.   May 14, 1891.)*

Appeal from special term.

No opinion.   Order affirmed, with costs.

---

ROSE, Appellant, *v.* RENTON, Respondent.

*(Common Pleas of New York City and County, General Term.   May 14, 1891.)*

Appeal from city court, general term.

No opinion.   Appeal dismissed, with costs.   See 13 N. Y. Supp. 592.

---

DE LACY *v.* CITY OF BROOKLYN.

*(City Court of Brooklyn, General Term.   April 27, 1891.)*

No opinion.   Motion denied, without costs.   See 12 N. Y. Supp. 540.